# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: WB Bridge Hotel LLC

Bankruptcy Case No.:
20–23288–shl

Nat Wasserstein, as Trustee of the WB Bridge Creditor Trust Trustee of the WB
Bridge Creditor Trust

Plaintiff(s),

–against–

Adversary Proceeding No.
22–07059–shl

11 Apple LLC
110 Martense LLC
135 Middleton U2L LLC
158 Rogers Note Acquisition LLC
159 Broadway 1 LLC
159 Broadway 2 LLC
159 Broadway LLC
159 Broadway Member LLC
159 Broadway Mezz LLC
206 Kent Investor II LLC
206 Kent Investor III LLC
206 Kent Investor LLC
206 Kent Mezz LLC
251 E 61 LLC
255 W 34 T LLC
428 Wythe LLC
502 Wilson LLC
730 Lorimer Holdings II LLC
931 Carroll LLC
B&A Marine Co. Inc.
Brooklyn Air Conditioning Inc.
Cornell 46 LLC
Cornell 159 LLC
Cornell 245–247 LLC
Cornell 251–247 LLC
Cornell 251–253 LLC
Cornell 251253 LLC
Cornell 257 LLC
Cornell 259 LLC
Cornell 46 LLC
Cornell Bedford Holdings LLC
Cornell Bedford Member DE LLC
Cornell Crown LLC
Cornell Keap Holdings LLC
Cornell Kent Holdings LLC
Cornell Meeker Holdings LLC
Cornell Meserole DE LLC
Cornell Meserole Holdings LLC
Cornell Myrtle II LLC
Cornell Mrtyle LLC
Cornell Realty Management LLC
Cornell Scholes Holdings LLC
Cornell West 34 II LLC
Cornell West 34 Owner LLC
Hamilton Eastman Meeker Holdings LLC
Meral Meeker LLC
N1 Acquisition Holdings LLC
Isaac Hager
aka Issac Hager
aka Yitzcher Hager
aka Yitzchok Hager
aka Yitzchok R. Hager

Defendant(s)

# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: | |
|---|---|
| | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **300 Quarropas Street** |
| | **White Plains, NY 10601** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | |
|---|---|
| | **David J. Mahoney** |
| | **SilvermanAcampora LLP** |
| | **100 Jericho Quadrangle** |
| | **Suite 300** |
| | **Jericho, NY 11753** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 | Room: Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference<br><br>Date and Time: 2/6/23 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 12/21/22

Vito Genna
_____

*Clerk of the Court*

By: /s/ Arturo D. Tavarez
_____

*Deputy Clerk*