**SilvermanAcampora LLP**
Counsel to Nat Wasserstein,
  Trustee of the WB Bridge Creditor Trust
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WB BRIDGE   HOTEL LLC and | Case No. 20-23288 (SHL) and |
| 159 BROADWAY MEMBER LLC, | Case No. 20-23289 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x
NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

        Plaintiff,        Adv. Pro. No.: 22-07059 (SHL)

    -against-

11 APPLE LLC, 110 MARTENSE LLC,
135 MIDDLETON U2L LLC,
158 ROGERS NOTE ACQUISITION LLC,
159 BROADWAY 1 LLC, 159 BROADWAY 2 LLC,
159 BROADWAY LLC, 159 BROADWAY
MEMBER LLC, 159 BROADWAY MEZZ LLC,
206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, 251 E 61 LLC,
255 W 34 T LLC, 428 WYTHE LLC,
502 WILSON LLC, 730 LORIMER HOLDINGS II LLC,
931 CARROLL LLC, B&A MARINE CO. INC.,
BROOKLYN AIR CONDITIONING INC.,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34

OWNER LLC, HAMILTON EASTMAN MEEKER
HOLDINGS LLC, MERAL MEEKER LLC,
N1 ACQUISITION HOLDINGS LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER,

           Defendants.

----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NASSAU   )

  I, **MELISSA COHEN,** being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

  On December 22, 2022, deponent served the within:

- **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; AND**

- **COMPLAINT**

by **First Class Mail** to the addresses listed below, said addresses designated for that purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**  *** See Attached Service List ***

                      _s/ Melissa Cohen_
                      **MELISSA COHEN**

Sworn to before me this
22nd day of December, 2022.

> Gina Meyers
> Notary Public, State of New York
> No.: 01ME6377839
> Qualified in Suffolk County
> Commission Expires July 16, 2026

_/s/ Gina Meyers_
  Notary Public

**SERVICE LIST**

| | |
|---|---|
| 11 Apple LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 206 Kent Investor II LLC<br>275 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 110 Martense LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 206 Kent Investor II LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 135 Middleton U2L LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 206 Kent Investor III LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 158 Rogers Note Acquisition LLC<br>909 Third Avenue<br>New York, New York 10022<br>Attn: Officer, Managing or General Agent | 206 Kent Investor LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 158 Rogers Note Acquisition LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 206 Kent Mezz LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway 1 LLC<br>80 State Street<br>Albany, New York 12207<br>Attn: Officer, Managing or General Agent | 251 E 61 LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway 1 LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 255 W 34 T LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway 2 LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 428 Wythe LLC<br>426 Wythe Avenue<br>Brooklyn, New York 11249<br>Attn: Officer, Managing or General Agent |
| 159 Broadway LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 428 Wythe LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway Member LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 502 Wilson LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway Mezz LLC<br>225 Broadway, 32nd Floor<br>New York, New York 10007<br>Attn: Officer, Managing or General Agent | 730 Lorimer Holdings II LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |
| 159 Broadway Mezz LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent | 931 Carroll LLC<br>75 Huntington Street<br>Brooklyn, New York 11231<br>Attn: Officer, Managing or General Agent |

B&A Marine Co. Inc.
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Brooklyn Air Conditioning Inc.
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 46 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Bedford Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Bedford Member DE LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Crown LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Keap Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Kent Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Meeker Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Meserole DE LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Meserole Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Myrtle II LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Mrtyle LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 159 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 245-247 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 251-247 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 251-253 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 251253 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 257 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 259 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell 46 LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Realty Management LLC
209 Wallabout Street, 3rd Floor
Brooklyn, New York 11206
Attn: Officer, Managing or General Agent

Cornell Realty Management LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell Scholes Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell West 34 II LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Cornell West 34 Owner LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Hamilton Eastman Meeker Holdings LLC
1368 38th Street
Brooklyn, New York 11219
Attn: Officer, Managing or General Agent

Hamilton Eastman Meeker Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Meral Meeker LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Meral Meeker LLC
P.O. Box 100490
Brooklyn, New York 11210
Attn: Officer, Managing or General Agent

Meral Meeker LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

N1 Acquisition Holdings LLC
75 Huntington Street
Brooklyn, New York 11231
Attn: Officer, Managing or General Agent

Isaac Hager a/k/a Issac Hager a/k/a
Yitzcher Hager a/k/a Yitzchok Hager
a/k/a Yitzchok R. Hager
209 Wallabout Street, Apartment 3FL
Brooklyn, New York 11206

Isaac Hager a/k/a Issac Hager a/k/a
Yitzcher Hager a/k/a Yitzchok Hager
a/k/a Yitzchok R. Hager
75 Huntington Street
Brooklyn, New York 11231