SilvermanAcampora LLP
Counsel to Nat Wasserstein,
  Trustee of the WB Bridge Creditor Trust
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WB BRIDGE HOTEL LLC and | Case No. 20-23288 (SHL) and |
| 159 BROADWAY MEMBER LLC, | Case No. 20-23289 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------------x

| | |
|---|---|
| NAT WASSERSTEIN, as TRUSTEE of the WB BRIDGE CREDITOR TRUST, | |
| Plaintiff, | Adv. Pro. No.: 22-07059 (SHL) |
| -against- | |
| 11 APPLE LLC, 110 MARTENSE LLC, 135 MIDDLETON U2L LLC, 158 ROGERS NOTE ACQUISITION LLC, 159 BROADWAY 1 LLC, 159 BROADWAY 2 LLC, 159 BROADWAY LLC,159 BROADWAY MEZZ LLC, 206 KENT INVESTOR II LLC, 206 KENT INVESTOR III LLC, 206 KENT INVESTOR LLC, 206 KENT MEZZ LLC, 251 E 61 LLC, 255 W 34 T LLC, 428 WYTHE LLC, 502 WILSON LLC, 730 LORIMER HOLDINGS II LLC, 931 CARROLL LLC, B&A MARINE CO. INC., BROOKLYN AIR CONDITIONING INC., CORNELL 46 LLC, CORNELL 159 LLC, CORNELL 245-247 LLC, CORNELL 251-247 LLC, CORNELL 251-253 LLC, CORNELL 251253 LLC, CORNELL 257 LLC, CORNELL 259 LLC, | |

CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, HAMILTON EASTMAN MEEKER
HOLDINGS LLC, MERAL MEEKER LLC,
N1 ACQUISITION HOLDINGS LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER**,**

                                               Defendants.
------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS FOR RELIEF AGAINST 159 BROADWAY 1 LLC PURSUANT TO RULE 7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE**, that on December 20, 2022, Nat Wasserstein, in his capacity as the chapter 11 trustee (the "Trustee") of the jointly administered bankruptcy estates of WB Bridge Hotel LLC and 159 Broadway Member LLC (collectively, the "Debtors"), commenced the above-captioned adversary proceeding (this "Adversary Proceeding") by filing a complaint against numerous defendants, including 159 Broadway 1 LLC.

**PLEASE TAKE FURTHER NOTICE**, that the Trustee determined that, after a review of certain documentation provided by 159 Broadway 1 LLC, demonstrating 159 Broadway 1 LLC was released under the First Amended Chapter 11 Plan of Liquidation for the Debtor (ECF Doc. No. 129), further prosecution of the Trustee's claims against 159 Broadway 1 LLC will not yield

a benefit to the Debtors' estates. Accordingly, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee's claims for relief as against 159 Broadway 1 LLC are hereby dismissed, without cost or expense to either party. This notice shall not affect the claims for relief against the other remaining defendants, over which the Trustee retains all rights and remedies. The new caption shall be reflective of the attached **Exhibit A**.

Dated: Jericho, New York
January 19, 2023

S<span>ILVERMAN</span>A<span>CAMPORA</span> **LLP**
*Counsel to Nat Wasserstein, the Trustee of the WB Bridge Creditor Trust*

By:   */s/ David J. Mahoney*
David J. Mahoney
Brian Powers
Members of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
Telephone: (516) 479-6300