**SILVERMANACAMPORA LLP**
Counsel to Nat Wasserstein,
  Trustee of the WB Bridge Creditor Trust
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney
Brian Powers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| WB BRIDGE HOTEL LLC and | Case No. 20-23288 (SHL) and |
| 159 BROADWAY MEMBER LLC, | Case No. 20-23289 (SHL) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------------x

| | |
|---|---|
| NAT WASSERSTEIN, as TRUSTEE of the WB BRIDGE CREDITOR TRUST, | |
| Plaintiff, | Adv. Pro. No.: 22-07059 (SHL) |
| -against- | |

11 APPLE LLC, 110 MARTENSE LLC,
135 MIDDLETON U2L LLC,
158 ROGERS NOTE ACQUISITION LLC,
159 BROADWAY LLC,
206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, 251 E 61 LLC,
255 W 34 T LLC, 428 WYTHE LLC,
502 WILSON LLC, 730 LORIMER HOLDINGS II LLC,
931 CARROLL LLC, B&A MARINE CO. INC.,
BROOKLYN AIR CONDITIONING INC.,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD

HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, HAMILTON EASTMAN MEEKER
HOLDINGS LLC, MERAL MEEKER LLC,
N1 ACQUISITION HOLDINGS LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER

           Defendants.
-----------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION
## FOR DEFAULT JUDGMENT AGAINST BROOKLYN AIR CONDITIONING INC.

**PLEASE TAKE NOTICE**, that the hearing on the motion for default judgment (ECF Doc. No. 26) against Brooklyn Air Conditioning Inc. (the "Hearing") filed by Nat Wasserstein, Trustee of the WB Bridge Creditor Trust (the "Trustee") scheduled to be heard March 23, 2023 at 10:00 a.m. has been adjourned to **May 3, 2022 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned without further notice other than the announcement of such adjournment in open court, or the filing of a notice of adjournment on the docket of the above-captioned case.

Dated: Jericho, New York
April 11, 2023

        **SILVERMANACAMPORA LLP**
        Counsel to Nat Wasserstein, Trustee of the WB
        Bridge Creditor Trust

By:   */s/ David J. Mahoney*
        David J. Mahoney
        Member of the Firm
        100 Jericho Quadrangle, Suite 300
        Jericho, New York 11753
        (516) 479-6300