**RIMON P.C.**
Attorneys for Natt Wasserstein,
  Trustee of the WB Bridge Creditor Trust
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney
Brian Powers

**Settlement Date: February 14, 2024**
**Time: 12:00 p.m.**

**Counter-proposed Orders**
**Due: February 13, 2024**
**Time: 4:00 p.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

In re:

WB BRIDGE  HOTEL LLC and
159 BROADWAY MEMBER LLC,

                                    Debtors.
---------------------------------------------------------------------x

NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                                    Plaintiff,

                    -against-

11 APPLE LLC, 110 MARTENSE LLC,
135 MIDDLETON U2L LLC,
158 ROGERS NOTE ACQUISITION LLC,
159 BROADWAY LLC,
159 BROADWAY MEZZ LLC,
206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, 251 E 61 LLC,
255 W 34 T LLC, 428 WYTHE LLC,
502 WILSON LLC, 730 LORIMER HOLDINGS II LLC,
931 CARROLL LLC, B&A MARINE CO. INC.,
BROOKLYN AIR CONDITIONING INC.,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,

Chapter 11

Case No. 20-23288 (SHL) and
Case No. 20-23289 (SHL)
(Jointly Administered)

Adv. Pro. No.: 22-07059 (SHL)

CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, HAMILTON EASTMAN MEEKER
HOLDINGS LLC, MERAL MEEKER LLC,
N1 ACQUISITION HOLDINGS LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER

                                    Defendants.
------------------------------------------------------------------x

## NOTICE OF SETTLEMENT OF PROPOSED ORDER

**PLEASE TAKE NOTICE**, that Nat Wasserstein, trustee of the WB Bridge Creditor Trust

(the "Trustee"), by his counsel, Rimon P.C., in accordance with the Court's direction set forth in

the Court's Memorandum of Decision dated February 5, 2024 (ECF Doc. No. 40), will settle the

proposed order in the form annexed hereto as **Exhibit A**, authorizing and approving the motion to

disqualify the law firm Leech Tishman Robinson Brog, PLLC ("LTRB") from representing certain

defendants, WB Bridge Hotel LLC and 159 Broadway Member LLC (ECF Doc. No. 14) to the

Honorable Sean H. Lane, United States Bankruptcy Judge for the United States Bankruptcy Court

of the Southern District of New York on February 14, 2024 at 12:00 p.m. (the "Settlement Date")

**PLEASE TAKE FURTHER NOTICE**, that counter-proposed (red-lined) orders, if any,

must be (i) electronically filed with the Bankruptcy Court, and (ii) served upon Rimon P.C.,

counsel to the Trustee, at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753, Attention:

David J. Mahoney, Esq., to be received one day prior to the Settlement Date.

**PLEASE TAKE FURTHER NOTICE**, that unless counter-proposed order(s) are received prior to the Settlement Date, the annexed proposed order may be signed without further notice.

Dated: Jericho, New York
February 9, 2024

RIMON P.C.
Counsel to Nat Wasserstein,
Trustee of the WB Bridge Creditor Trust


_s/ David J. Mahoney_
David J. Mahoney
Partner
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300