

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Scott A. Steinberg, Esq.*
*Phone: 516-747-0300 ext. 127*
*E-mail: ssteinberg@meltzerlippe.com*

June 10, 2024

<u>Via ECF</u>
Honorable Sean H. Lane
United States Bankruptcy Judge
Southern District of NY – U.S. Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

  **Re:** *In re WB Bridge Hotel LLC and 159 Broadway Member, LLC*
    Case No.: 20-23288 and 20-23289 (SHL);
    <u>Wasserestein, as Trustee of WB Bridge Creditor Trust ("Liquidation Trustee") v. 11 Apple LLC, et al. adv. Pro. No.: 22-07059 (SHL)</u>

Dear Judge Lane:

  We represent certain of the defendants ("Defendants") in the above referenced adversary proceeding, having been retained by Defendants after the Court granted the Liquidating Trustee's motion to disqualify Leech Tishman Robinson Brog PLLC ("Leech Tishman"), as counsel to the Defendants in the adversary proceeding. As Your Honor may recall, at our last hearing on May 21, 2024, the Court gave the opportunity to Defendants' counsel to supplement the pending Motion to Dismiss Complaint (the "Motion) [ECF 6; 6-1] filed by Leech Tishman, and, if so supplemented, to Plaintiff's counsel to supplement its opposition [ECF 9] to the Motion.

  We have determined that we are not going to file any supplemental pleadings, and as such, respectfully request that Your Honor decide the Motion on the pleadings filed.

  Thank you for your courtesies and assistance.

            Respectfully submitted,

            */s/ Scott A. Steinberg, Esq.*
SAS:cbc           Scott A. Steinberg, Esq.

cc: David Mahoney, Esq.

---

**Long Island | New York City | Boca Raton | Miami**

4859-1092-1159, v. 1