UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
In re:                                                                                          Chapter 11

WB BRIDGE HOTEL LLC and                                         Case No. 20-23288 (KYP) and
159 BROADWAY MEMBER LLC,                                    Case No. 20-23289 (KYP)
                                                                                                (Jointly Administered)
                                        Debtors.
----------------------------------------------------------------------x
NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                                Plaintiff,                           Adv. Pro. No.: 22-07059 (KYP)

             -against-

11 APPLE LLC, 110 MARTENSE LLC,
135 MIDDLETON U2L LLC,
158 ROGERS NOTE ACQUISITION LLC,
159 BROADWAY LLC,
159 BROADWAY MEZZ LLC,
206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, 251 E 61 LLC,
255 W 34 T LLC, 428 WYTHE LLC,
502 WILSON LLC, 730 LORIMER HOLDINGS II LLC,
931 CARROLL LLC, B&A MARINE CO. INC.,
BROOKLYN AIR CONDITIONING INC.,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, HAMILTON EASTMAN MEEKER
HOLDINGS LLC, MERAL MEEKER LLC,

N1 ACQUISITION HOLDINGS LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER

                                              Defendants.
----------------------------------------------------------------------x

## ORDER GRANTING DISMISSAL OF THE COMPLAINT

Upon the Motion to Dismiss Adversary Proceeding, dated January 20, 2023 (ECF Doc. No. 6) (the "Motion") of defendants 11 Apple LLC, 110 Martense LLC, 135 Middleton U2L LLC, 158 Rogers Note Acquisition LLC, 159 Broadway 2 LLC, 159 Broadway LLC, 206 Kent Investor II LLC, 206 Kent Investor III LLC, 206 Kent Investor LLC, 251 E 61 LLC, 255 W 34 T LLC, 428 Wythe LLC, 502 Wilson LLC, 730 Lorimer Holdings II LLC, 931 Carroll LLC, Cornell 159 LLC, Cornell 245-247 LLC, Cornell 251-247 LLC, Cornell 251-253 LLC, Cornell 251253 LLC, Cornell 257 LLC, Cornell 259 LLC, Cornell 46 LLC, Cornell 46 LLC, Cornell Bedford Holdings LLC, Cornell Bedford Member DE LLC, Cornell Crown LLC, Cornell Keap Holdings LLC, Cornell Kent Holdings LLC, Cornell Meeker Holdings LLC, Cornell Meserole DE LLC, Cornell Meserole Holdings LLC, Cornell Mrtyle LLC, Cornell Myrtle II LLC, Cornell Realty Management LLC, Cornell Scholes Holdings LLC, Cornell West 34 II LLC, Cornell West 34 Owner LLC, Isaac Hager, Hamilton Eastman Meeker Holdings LLC, Meral Meeker LLC, N1 Acquisition Holdings LLC (collectively, the "Moving Defendants"), seeking entry of an order dismissing the complaint (the "Complaint") in the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(6), and 12(e) and Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012; and

Upon the Memorandum of Law in Opposition to the Motion, dated January 30, 2023 (ECF Doc. No. 9) (the "Opposition") of plaintiff Nat Wasserstein, as Trustee of the WB Bridge Creditor Trust ("Plaintiff"); and

Upon the Reply Memorandum of Law in Support of the Motion and in Response to the Opposition, dated February 2, 2023 (ECF Doc. No. 12) (the "Reply"); and

Upon the oral argument conducted before the Court on **August 29, 2024 at 10:00 a.m.** (the "Hearing"), the record of which is incorporated herein by reference; and after due deliberation and consideration of all of the facts and circumstances herein; it is hereby

**ORDERED**, that for reasons read into the record of the Hearing, the Complaint is dismissed; and it is further

**ORDERED**, that the Trustee is granted leave to replead the Complaint within forty-five (45) days of the entry of this Order; and it is further

**ORDERED,** that the docketing of this Order on the Court's electronic case filing system shall constitute good and sufficient notice of its entry to Plaintiff and the Moving Defendants.



**Dated: September 10, 2024**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
Hon. Kyu Y. Paek
U.S. Bankruptcy Judge