**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis A venue
Mineola, New York 11501
(516) 747-0300
**Scott A. Steinberg, Esq.**
SSteinberg@meltzerlippe.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

In Re:

| | |
|---|---|
| WB BRIDGE HOTEL LLC and<br>159 BROADWAY MEMBER LLC, | Chapter 11<br>Case No. 20-23288 (KYP) and<br>Case No. 20-23289 (KYP) |
|          Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

| | |
|---|---|
| NAT WASSERSTEIN, as TRUSTEE of the<br>WB BRIDGE CREDITOR TRUST, | Adv. Pro. No. 22-07059 (KYP) |
|          Plaintiff, | |
|       -against- | |

206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER,

         Defendants.

------------------------------------------------------------------------x

**STIPULATION EXTENDING TIME
FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT**

It is hereby stipulated and agreed by and between Nat Wasserstein, as Trustee of the WB Bridge Creditor Trust (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding"), and 206 KENT INVESTOR II LLC, 206 KENT INVESTOR III LLC, 206 KENT INVESTOR LLC, 206 KENT MEZZ LLC, CORNELL 46 LLC, CORNELL 159 LLC, CORNELL 245-247 LLC, CORNELL 251-247 LLC, CORNELL 251-253 LLC, CORNELL 251253 LLC, CORNELL 257 LLC, CORNELL 259 LLC, CORNELL 46 LLC, CORNELL BEDFORD HOLDINGS LLC, CORNELL  EDFORD MEMBER  DE LLC, CORNELL CROWN LLC, CORNELL KEAP HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,  CORNELL MEEKER HOLDINGS LLC, CORNELL MESEROLE DE LLC, CORNELL MESEROLE HOLDINGS LLC, CORNELL MYRTLE II LLC, CORNELL MYRTLE LLC, CORNELL REALTY MANAGEMENT LLC, CORNELL SCHOLES HOLDINGS LLC, CORNELL WEST 34 II LLC, CORNELL WEST 34 OWNER LLC, and ISAAC HAGER a/k/a ISSAC HAGER a/k/a YITZCHER HAGER a/k/a YITZCHOK HAGER a/k/a YITZCHOK R. HAGER, (the "Defendants"), that the time within which Defendants may respond to the *Amended Complaint* [Docket No. 52] in the Adversary Proceeding is extended to and including January 7, 2025.

Dated: Jericho, New York
      November 8, 2024

                    **RIMON P. C.**
                    *Attorneys for Plaintiff*

By:    */s/ David J. Mahoney*
        **David J. Mahoney, Esq.**
        100 Jericho Quadrangle, Suite 300
        Jericho, New York 11753
        (516) 479-6337
        david.mahoney@rimonlaw.com

4863-8296-4982, v. 1

Dated: Mineola, New York
        November 8, 2024

                                          **MELTZER, LIPPE, GOLDSTEIN &
                                          BREITSTONE, LLP**
                                          *Attorneys for Defendants*

                          By:   */s/ Scott A. Steinberg*
                                **Scott A. Steinberg, Esq.**
                                190 Willis Avenue
                                Mineola, New York 11501
                                (516) 747-0300
                                SSteinberg@meltzerlippe.com

SO-ORDERED


_____
JUDGE KYU YONG PAEK

Dated: November ___, 2024

4863-8296-4982, v. 1