**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue
Mineola, New York 11501
Tel. No.: 516-747-0300
Scott A. Steinberg, Esq.
Kimberly A. Ahrens, Esq.
*Attorneys for Defendants*

Hearing Date and Time:
**February 27, 2025 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

WB BRIDGE HOTEL LLC and
159 BROADWAY MEMBER LLC,

                                Debtors.
-------------------------------------------------------------------X
NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                              Plaintiff,

    -against-

206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC,
CORNELL 46 LLC, CORNELL 159 LLC,
CORNELL 245-247 LLC, CORNELL 251-247 LLC,
CORNELL 251-253 LLC, CORNELL 251253 LLC,
CORNELL 257 LLC, CORNELL 259 LLC,
CORNELL 46 LLC, CORNELL BEDFORD
HOLDINGS LLC, CORNELL BEDFORD MEMBER
DE LLC, CORNELL CROWN LLC, CORNELL KEAP
HOLDINGS LLC, CORNELL KENT HOLDINGS LLC,
CORNELL MEEKER HOLDINGS LLC,
CORNELL MESEROLE DE LLC,
CORNELL MESEROLE HOLDINGS LLC, CORNELL
MYRTLE II LLC, CORNELL MYRTLE LLC,
CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC,
CORNELL WEST 34 II LLC, CORNELL WEST 34
OWNER LLC, and
ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER

Case No.: 20-23288 (KYP)
and
Case No. 20-23289 (KYP)
(Jointly Administered)

Adv. Pro. No. 22-07059 (KYP)

a/k/a YITZCHOK R. HAGER,

                              Defendants.

-------------------------------------------------------------------x

## NOTICE OF HEARING ON
## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

**PLEASE TAKE NOTICE**, that a hearing ("Hearing") on the Defendants' Motion to Dismiss Amended Complaint will be held before the Honorable Kyu Y. Paek, United States Bankruptcy Judge, located at the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601 on February 27, 2025 at 10:00 a.m., or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE,** that any party who wishes to attend the Hearing must register an appearance utilizing the Electronic Appearance portal on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The Hearing will be conducted via Zoom and a link to the Zoom hearing will be provided by the Court by email in advance of the Hearing. Zoom for Government instructions can be found https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought in the Motion to Dismiss, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, with a copy to Chambers, provided, however, that pursuant to General Order No. 599 regarding Electronic Case Filing Procedures (as amended form time to time), entities with Internet access shall file objections (formatted in the Adobe Acrobat file format) at http://www.nysb.uscourts.gov and served so as to be received by attorneys for the Defendants, Meltzer, Lippe, Goldstein &

2

Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501, Attention: Scott A. Steinberg, Esq. no later than February 20, 2025 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE,** that in the absence of a timely-filed objection to the Motion to Dismiss, the Defendants will seek an order dismissing the above-captioned adversary proceeding based on the Plaintiff's failure to contest the Motion to Dismiss.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

Dated:   January 7, 2025
         Mineola, New York

        **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
        *Attorneys for Defendants*

By:   *s/Kimberly Ahrens*
      Scott A. Steinberg, Esq.
      Kimberly A. Ahrens, Esq.
      190 Willis Avenue
      Mineola, New York 11501
      Tel. No.: 516-747-0300

4937-3571-6877, v. 1