**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
*Attorneys for Defendants*
190 Willis A venue
Mineola, New York 11501
(516) 747-0300
**Scott A. Steinberg, Esq.**
SSteinberg@meltzerlippe.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:

| | |
|---|---|
| WB BRIDGE HOTEL LLC and<br>159 BROADWAY MEMBER LLC,<br><br>                              Debtors. | Chapter 11<br>Case No. 20-23288 (KYP) and<br>Case No. 20-23289 (KYP)<br>(Jointly Administered) |

-------------------------------------------------------------------x

| | |
|---|---|
| NAT WASSERSTEIN, as TRUSTEE of the<br>WB BRIDGE CREDITOR TRUST, | Adv. Pro. No. 22-07059 (KYP) |

                    Plaintiff,

            -against-

206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, CORNELL 46 LLC,
CORNELL 159 LLC, CORNELL 245-247 LLC,
CORNELL 251-247 LLC, CORNELL 251-253 LLC,
CORNELL 251253 LLC, CORNELL 257 LLC,
CORNELL 259 LLC, CORNELL 46 LLC, CORNELL
BEDFORD HOLDINGS LLC, CORNELL BEDFORD
MEMBER DE LLC, CORNELL CROWN LLC, CORNELL
KEAP HOLDINGS LLC, CORNELL KENT HOLDINGS
LLC, CORNELL MEEKER HOLDINGS LLC, CORNELL
MESEROLE DE LLC, CORNELL MESEROLE HOLDINGS
LLC, CORNELL MYRTLE II LLC, CORNELL MYRTLE
LLC, CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC, CORNELL
WEST 34 II LLC, CORNELL WEST 34 OWNER LLC,
and ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER,

                    Defendants.
-------------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the Motion to Dismiss Adversary Proceeding [ECF No. 55] presently scheduled for February 27, 2025 at 10:00 a.m. **has been rescheduled for March 13, 2025 at 10:00 a.m.** via Zoom.

Dated: Mineola, New York
February 11, 2025

                                          **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
                                          *Attorneys for Defendants*

By:    */s/ Scott A. Steinberg*
         **Scott A. Steinberg, Esq.**
         190 Willis Avenue
         Mineola, New York 11501
         (516) 747-0300
         SSteinberg@meltzerlippe.com