UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re:

                                               Chapter 11

WB BRIDGE HOTEL LLC and
159 BROADWAY MEMBER LLC,               Case No. 20-23288 (KYP) and
                                              Case No. 20-23289 (KYP)
                      Debtors.           (Jointly Administered)
------------------------------------------------------------------------x
NAT WASSERSTEIN, as TRUSTEE of the
WB BRIDGE CREDITOR TRUST,

                         Plaintiff,           Adv. Pro. No. 22-07059 (KYP)

         -against-

206 KENT INVESTOR II LLC, *et al.*,

                        Defendants.
------------------------------------------------------------------------x

## ORDER GRANTING IN PART AND DENYING IN PART
## MOTION TO DISMISS AMENDED COMPLAINT

Upon the Motion to Dismiss Amended Complaint, dated January 27, 2025 (the "Motion to

Dismiss") [ECF Doc. 55] of Defendants 206 Kent Investor II LLC, 206 Kent Investor III LLC,

206 Kent Mezz LLC (collectively, the "Kent Defendants"), Cornell 46 LLC, Cornell 159 LLC,

Cornell 245-247 LLC, Cornell 251-247 LLC, Cornell 251-253 LLC, Cornell 251253 LLC, Cornell

257 LLC, Cornell 259 LLC, Cornell 46 LLC, Cornell Bedford Holdings LLC, Cornell Bedford

Member DE LLC, Cornell Crown LLC, Cornell Keap Holdings LLC, Cornell Kent Holdings LLC,

Cornell Meeker Holdings LLC, Cornell Meserole DE LLC, Cornell Meserole Holdings LLC,

Cornell Myrtle II LLC, Cornell Myrtle LLC, Cornell Realty Management LLC, Cornell Scholes

Holdings LLC, Cornell West 34 II LLC, Cornell West 34 Owner LLC (collectively, the "Cornell

Defendants" and together with Kent Defendants, the "Entity Defendant"), and Isaac Hager

("Hager", and together with the Entity Defendants, the "Defendants") seeking an order dismissing

the claims asserted against Defendants in the Amended Complaint, dated October 25, 2024 [ECF Doc. 52], pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(6), and 12(e) and Federal Rules of Bankruptcy Procedure 7008, 7009 and 7012; and upon Plaintiff's Memorandum in Opposition to the Motion to Dismiss Plaintiff's Complaint dated March 3, 2025 [ECF Doc 59]; and upon Defendants' Reply Memorandum of Law in Further Support of Motion to Dismiss Amended Complaint dated March 10, 2025 [ECF Doc. 60]; and upon the oral argument conducted before the Court on March 13, 2025; and upon the Memorandum Decision Granting in Part and Denying in Part Defendants' Motion to Dismiss Amended Complaint (the "Memorandum Decision") [ECF Doc. 61]; it is hereby

**ORDERED**, that the Motion to Dismiss is GRANTED to the extent that the Intentional Fraud Claims, as defined in the Memorandum Decision, set forth in Counts 1, 5, 8, 13 and 17 of the Amended Complaint are DISMISSED in their entirety; and it is further

**ORDERED**, that the Motion to Dismiss is GRANTED to the extent that the Unjust Enrichment Claims, as defined in the Memorandum Decision, set forth in Counts 7, 12 and 19 are DISMISSED in their entirety; and it is further

**ORDERED**, that the Motion to Dismiss is GRANTED to the extent that the Constructive Fraud Claims, as defined in the Memorandum Decision asserted against the Cornell Defendants in Counts 2, 3, 4 and 6 are DISMISSED, EXCEPT to the extent such claims seek to avoid and recover transfers from Cornell Realty Management LLC as initial transferee; and it is further

**ORDERED**, that the Motion to Dismiss is GRANTED to the extent that the Constructive Fraud Claims against Hager, set forth in Counts 14, 15, 16 and 18 are DISMISSED in their entirety; and it is further

**ORDERED**, that the Motion to Dismiss is DENIED as to the Constructive Fraud Claims against the Kent Defendants, set forth in Counts 9, 10 and 11.

/s/ Kyu Y. Paek

**Dated: July 7, 2025**
**Poughkeepsie, New York**



_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**