UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re:

WB BRIDGE HOTEL LLC and                            Chapter 11
159 BROADWAY MEMBER LLC,                            Case No. 20-23288 (KYP) and
                                                   Case No. 20-23289 (KYP)
                        Debtors.                   (Jointly Administered)


------------------------------------------------------------------------x
NAT WASSERSTEIN, as TRUSTEE of the                 Adv. Pro. No. 22-07059 (KYP)
WB BRIDGE CREDITOR TRUST,

                        Plaintiff,

                -against-

206 KENT INVESTOR II LLC, 206 KENT
INVESTOR III LLC, 206 KENT INVESTOR LLC,
206 KENT MEZZ LLC, CORNELL 46 LLC,
CORNELL 159 LLC, CORNELL 245-247 LLC,
CORNELL 251-247 LLC, CORNELL 251-253 LLC,
CORNELL 251253 LLC, CORNELL 257 LLC,
CORNELL 259 LLC, CORNELL 46 LLC, CORNELL
BEDFORD HOLDINGS LLC, CORNELL BEDFORD
MEMBER DE LLC, CORNELL CROWN LLC, CORNELL
KEAP HOLDINGS LLC, CORNELL KENT HOLDINGS
LLC, CORNELL MEEKER HOLDINGS LLC, CORNELL
MESEROLE DE LLC, CORNELL MESEROLE HOLDINGS
LLC, CORNELL MYRTLE II LLC, CORNELL MYRTLE
LLC, CORNELL REALTY MANAGEMENT LLC,
CORNELL SCHOLES HOLDINGS LLC, CORNELL
WEST 34 II LLC, CORNELL WEST 34 OWNER LLC,
and ISAAC HAGER a/k/a ISSAC HAGER a/k/a
YITZCHER HAGER a/k/a YITZCHOK HAGER
a/k/a YITZCHOK R. HAGER,

                        Defendants.
------------------------------------------------------------------------x

### ORDER AUTHORIZING KIMBERLY ANN AHRENS, ESQ.
### TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Upon the Notice of Withdrawal of Attorney dated January 12, 2026 of **KIMBERLY**

**ANN AHRENS, ESQ.** who is no longer associated with Meltzer, Lippe, Goldstein & Breitstone,

1

LLP and seeking the entry of an order pursuant to Local Bankruptcy Rule 2090-1 authorizing **KIMBERLY ANN AHRENS, ESQ.** to withdraw as counsel to 206 KENT INVESTOR II LLC, 206 KENT INVESTOR III LLC, 206 KENT INVESTOR LLC, 206 KENT MEZZ LLC, CORNELL 46 LLC, CORNELL 159 LLC, CORNELL 245-247 LLC, CORNELL 251-247 LLC, CORNELL 251-253 LLC, CORNELL 251253 LLC, CORNELL 257 LLC, CORNELL 259 LLC, CORNELL 46 LLC, CORNELL BEDFORD HOLDINGS LLC, CORNELL BEDFORD MEMBER DE LLC, CORNELL CROWN LLC, CORNELL KEAP HOLDINGS LLC, CORNELL KENT HOLDINGS LLC, CORNELL MEEKER HOLDINGS LLC, CORNELL MESEROLE DE LLC, CORNELL MESEROLE HOLDINGS LLC, CORNELL MYRTLE II LLC, CORNELL MYRTLE LLC, CORNELL REALTY MANAGEMENT LLC, CORNELL SCHOLES HOLDINGS LLC, CORNELL WEST 34 II LLC, CORNELL WEST 34 OWNER LLC, and ISAAC HAGER a/k/a ISSAC HAGER a/k/a YITZCHER HAGER a/k/a YITZCHOK HAGER a/k/a YITZCHOK R. HAGER; and it appearing that adequate notice having been provided and due and sufficient cause appearing therefore, it is

**ORDERED**, that **KIMBERLY ANN AHRENS, ESQ.** is relieved of her obligations as counsel to Defendants pursuant to Local Bankruptcy Rule 2090-1(d).

/s/ Kyu Y. Paek

**Dated: January 13, 2026**
**Poughkeepsie, New York**



_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**