**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WB BRIDGE HOTEL LLC and | ) | Chapter 11 |
| 159 BROADWAY MEMBER LLC | ) | Case No. 20-23288 (KYP) |
| | ) | Case No. 20-23289 (KYP) |
| Debtors | ) | (Jointly Administered) |

-------------------------------------------------------------

| | | |
|---|---|---|
| NAT WASSERSTEIN, as TRUSTEE of the | ) | |
| WB BRIDGE CREDITOR TRUST, | ) | |
| | ) | |
| Plaintiff(s), | ) | Adv. Proc. No.22-07059 (KYP) |
| | ) | |
| - against - | ) | |
| | ) | |
| 206 KENT INVESTOR II LLC, | ) | |
| 206 KENT INVESTOR III LLC, 206 KENT | ) | |
| INVESTOR LLC, 206 KENT MEZZ LLC, | ) | |
| CORNELL 46 LLC, CORNELL 159 LLC, | ) | |
| CORNELL 245-247 LLC, CORNELL 251-247 | ) | |
| LLC, CORNELL 251-253 LLC, CORNELL | ) | |
| 251253 LLC, CORNELL 257 LLC, CORNELL | ) | |
| 259 LLC, CORNELL 46 LLC, CORNELL | ) | |
| BEDFORD HOLDINGS LLC, CORNELL | ) | |
| BEDFORD MEMBER DE LLC, CORNELL | ) | |
| CROWN LLC, CORNELL KEAP HOLDINGS | ) | |
| LLC, CORNELL KENT HOLDINGS LLC, | ) | |
| CORNELL MEEKER HOLDINGS LLC, | ) | |
| CORNELL MESEROLE DE LLC, | ) | |
| CORNELL MESEROLE HOLDINGS LLC, | ) | |
| CORNELL MYRTLE II LLC, CORNELL | ) | |
| MYRTLE LLC, CORNELL REALTY | ) | |
| MANAGEMENT LLC, CORNELL SCHOLES | ) | |
| HOLDINGS LLC, CORNELL WEST 34 II | ) | |
| LLC, CORNELL WEST 34 OWNER LLC, and | ) | |
| ISAAC HAGER a/k/a ISSAC HAGER a/k/a | ) | |
| YITZCHER HAGER a/k/a YITZCHOK HAGER | ) | |
| a/k/a YITZCHOK R. HAGER, | ) | |
| | ) | |
| Defendant(s). | ) | |

-------------------------------------------------------------

## AMENDED SCHEDULING ORDER

1

**WHEREAS**, on October 24, 2025, the Court entered a Scheduling Order (the "Scheduling Order") (Adv. Dkt. No. 69); and

**WHEREAS**, on or about December 12, 2025, the Parties exchanged initial disclosures pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a)(1); and

**WHEREAS**, on or about February 9, 2026, Defendants provided Responses and Objections and produced documents to Plaintiff in response to Plaintiff's First Request to Defendants for the Production and Inspection of Documents ("Defendants' Responses"); and

**WHEREAS**, on or about February 27, 2026, the Plaintiff provided Defendants with documents in response to Defendants' Document Demands;

**WHEREAS**, the Parties have met and conferred in good faith on several occasions to discuss Defendants' Responses and allegedly outstanding documents requested by Plaintiff, which Defendants dispute; and

**WHEREAS**, on or about March 16, 2026, the Parties met and conferred and agreed to participate in mediation to resolve the action;

**WHEREAS**, the Parties have conferred and have agreed to, subject to approval by the Court, extend deadlines contained in the Scheduling Order.

**NOW, THEREFORE**, it is hereby

**ORDERED**, that any outstanding document discovery shall be exchanged on or before April 30, 2026; and it is further

**ORDERED**, that all fact discovery shall be completed by June 30, 2026; and it is further

**ORDERED**, that either or both parties may seek leave under Local Bankruptcy Rule 7056-1 to make a motion for summary judgment under Fed. R. Bankr. P. 7056 upon completion of discovery.  If such request is granted, the parties shall schedule the adjourned pretrial conference to take place approximately one month after the scheduled hearing on summary judgment; and it is further

**ORDERED**, that the Parties may request an order extending the above deadlines for good cause shown; and it is further

**IT IS SO ORDERED:**



/s/ **Kyu Y. Paek**

_____

**Dated: March 25, 2026**
**Poughkeepsie, New York**

**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**